IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WERNER AIR FREIGHT, LLC                                                              PLAINTIFF

v.                                                              CIVIL ACTION NO. 1:16-CV-60-SA-DAS

PERRY MORSEY, QUALITY TIME
LOGISTICS, INC., KATHY MORSEY,
MICHAEL G. MORSEY, LEE CONTRACTING, INC.,
LEE TRANSPORTATION INC.,
AND FICTITIOUS DEFENDANTS A-Z                                            DEFENDANTS

ORDER ON MOTION TO DISMISS

Pursuant to a Memorandum Opinion issued this day, the Court finds that at this stage of the proceedings, the Court may exercise personal jurisdiction over LTI. The Motion to Dismiss for Lack of Personal Jurisdiction [16] is DENIED.

SO ORDERED, this the 5th day of August.

                                                                                      /s/ Sharion Aycock
                                                                                      **U.S. DISTRICT JUDGE**