IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | | |
|---|---|---|
| WERNER AIR FREIGHT, LLC | ) | PLAINTIFF |
| | ) | |
| v. | ) | NO.: 1:16cv60-SA-DAS |
| | ) | |
| PERRY MORSEY, QUALITY TIME LOGISTICS, INC., KATHY MORSEY, MICHAEL G. MORSEY, LEE CONTRACTING, INC., LEE TRANSPORTATION, INC., AND FICTITIOUS DEFENDANTS A-Z | ) ) ) ) ) ) | DEFENDANTS |

ORDER GRANTING PLAINTIFF'S MOTION FOR RULE 41(a)(2) DISMISSAL

Presently before the Court is the Plaintiff's Motion for Rule 41(a)(2) Dismissal, and the Court, having considered the motion, the Court file, and the premises there for, finds said motion to be well taken.

ACCORDINGLY, it is hereby ORDERED that the Plaintiff's Motion for Rule 41(a)(2) Dismissal [Doc #49] is GRANTED. This matter is hereby dismissed without prejudice as to Defendants Perry Morsey, Quality Time, Logistics, Inc., Kathy Morsey, and Michael G. Morsey and Fictitious Defendants A-Z, with each party to bear their own respective attorney's fees and expenses. This CASE is CLOSED.

It is SO ORDERED, this the 8th day of December, 2016.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE